IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MJ-360-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PESEAN WHITE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss Without Prejudice" (Document No. 4) filed November 8, 2023. The United States seeks to dismiss without prejudice the charges against Defendant Pesean White in the Criminal Complaint and Arrest Warrant in the above-captioned case.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss Without Prejudice" (Document No. 4) be **GRANTED**, and that the charges against Defendant Pesean White in the above-captioned Criminal Complaint and Arrest Warrant be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: November 9, 2023

David C. Keesler
United States Magistrate Judge